Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (328243)
pamela@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel On Signature Page]

*Attorneys for Plaintiff*
Lucy Castaneda

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucy Castaneda, Individually and on behalf of all others similarly situated, | Case No. 5:20-cv-01400-MWF-SP |
| Plaintiff, | **NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS** |
| v. | Judge: Hon. Michael W. Fitzgerald |
| Flagstar Bank, FSB, | Complaint Filed: July 15, 2020 |
| Defendant. | |

**TO THE COURT AND COUNSEL OF RECORD FOR THE PARTES:**

PLEASE TAKE NOTICE that this matter has settled on an individual basis only. The plaintiff Lucy Castaneda ("Plaintiff") therefore respectfully requests that the Court vacate all pending deadlines and afford the parties until July 30, 2021 to file a stipulation to dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**KAZEROUNI LAW GROUP, APC**

Date: May 28, 2021          By: *s/ Abbas Kazerounian*
                                Abbas Kazerounian, Esq.
                                *Attorneys for Plaintiff*

**Additional Plaintiff's Counsel**
Jason A. Ibey, Esq. (284607)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6806
Facsimile: (800) 520-5523

Todd M. Friedman (SBN: 216752)
tfriedman@ toddflaw.com
Thomas E. Wheeler (SBN: 308789)
twheeler@toddflaw.com
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile:  (866) 633-0228