# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

LUCY CASTANEDA,
**Individually and On Behalf of All Others Similarly Situated,**

**Plaintiffs,**

v.

**FLAGSTAR BANK, FSB,**

**Defendant.**

Case No.: 5:20-cv-01400-MWF-SPx

**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**Judge:** Hon. Michael Fitsgerald

Having considered the Joint Stipulation to Dismiss filed by Plaintiff Lucy Castaneda and Flagstar Bank, FSB, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause, the Court hereby GRANTS the joint stipulation and dismisses the action in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members. The parties shall bear her/its own attorneys' fees and costs with respect to this dismissal.

IT IS SO ORDERED.

Date: July 12, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge